UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY AVILA,<br><br>                                   Plaintiff,<br><br>        -against-<br><br><br>ACACIA NETWORK, INC; BASICS, INC.; TREVOR GRIFFITHS, PROGRAM DIRECTOR; AJA DOUGLAS, MANAGER, PMP; JAMAR CROW, ALLEGED SOCIAL WORKER; CHARLES STATEN, ALLEGED SOCIAL WORKER; NYSOMH; KIM F. BEN-ATAR, DEPUTY DIRECTOR OF HOUSING; ADULT PROTECTIVE SERVICES; THOMAS GLENOY, APS SENIOR SUPERVISOR; 1212 GRANT REALTY, LLC; 1412 COL LLC.,<br><br>                                   Defendants. | 24-CV-0884 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 26, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 26, 2024
            New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                Chief United States District Judge